|  |  |
|---|---|
| Zaiqeri Garcia,<br><br>              Plaintiff,<br><br>v.<br><br>J Adam Shepherd, et al.,<br><br>              Defendants. | No. CV-21-00236-PHX-DWL<br><br>**ORDER** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

On January 4, 2022, Magistrate Judge Boyle issued a report and recommendation ("R&R") recommending that (1) "Plaintiff's Third Amended Complaint (doc. 14) and this action [be] dismissed without prejudice" and (2) "Defendants' Motion for Extension of Time for Scheduling Order Deadlines (doc. 27) [be] denied as moot." (Doc. 28 at 5.) The R&R further provided that "[t]he parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed and the time to object has expired. Thus, the Court accepts Judge Boyle's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 28) is **accepted**.

2. Plaintiff's Third Amended Complaint (Doc. 14) and this action are **dismissed without prejudice**.

3. Defendants' Motion for Extension of Time for Scheduling Order Deadlines (Doc. 27) is **denied as moot.**

Dated this 27th day of January, 2022.

Dominic W. Lanza
United States District Judge